

**From:**

Grubert Espinoza

9543 Roosevelt Avenue

Jackson Heights NY 11372



**To:**

UNITED STATES DISTRICT COURT

For the Eastern District of New York

Clerk's office

Case 1:21-cv-01713-WFKJ-PK

Civil Action No.  21cv1713

_____X

Omar Near, individual and on behalf of others

Similarly situated,

    Plaintiff(s)

     v.

Neo Mobil INC. (d/b/a NEO MOBILE) and

Grubert Espinoza

    Defendant

_____X

### MOTION FOR EXTENSION OF TIME TO FILE BRIEF:

The Respondent, Mr. Grubert Espinoza, hereby moves this Court to grant a motion for Extension of time to file Respondent's (Brief) which is currently due on April 22th, 2021. The reason Respondent request an extension, is due to the fact that respondent received briefing notice April 01, 2021.Therefor respondent like time to gather the necessary information and conduct a research to complete the entire proceedings / the court allows with submitting a brief. Respondent request that such motion be granted for the following reasons:  Respondent is without the help of counsel, therefor I am requesting for more time (30 days) to find a counsel in preparing brief if necessary, with the help of one available. Respondent is working diligently to prepare due timely ordered.

In the interest of Mr. Grubert Espinoza case and with respect this action other responsibilities, respondent submits that good cause for an extension of (Brief) motion has been demonstrated and respectfully requests that such motion be granted, and to submit in this case. Respondent is requesting for an additional of time to complete the preparation and submit with the help and assistant of Counsel his brief.

Respectfully Submitted

**Grubert Espinoza**

DATED: April, 16, 2021